

**Merrill Lynch**

March 4, 2009

Mrs. ▓▓▓▓

Dear ▓▓▓▓

The total commissions generated on your total portfolio were $67,789.00. This is a hard or real dollar charge that you pay from your portfolio. This amount is then shared between our Firm and your advisor. This fee is negociable at the discretion of the advisor.

Your three accounts ending in 11S78, 11S79 & 74178 are enrolled in the PIA/MLAP program. This program charges an annual fee instead of commissions. This allows the advisor to make adjustments without charging the client for each trade. The fee for these three accounts was $56,248.00 last year. This is 2.25%. Industry practice is for this fee to be less than 1% for an account of your size. Considering the account is mostly bonds and cash the fee should be closer to .75% or $18,750.00 for the year. Annually

Your account numbers ending in 11139 and 12A98 are not enrolled in PIA/MLAP. These accounts generated an additional $11,541.00 in regular commissions. It is not customary to charge any commissions to clients who are paying a PIA/MLAP fee. The transactions that caused this $11,541.00 could have been done for free in the other accounts. The vast majority of advisors in our industry consider this "double" charging.

Based on my experience your total charges should have been no more than $18,750.00 for all accounts for the year. Your previous advisor may feel they are worth the extra expense. However, these large charges will take a serious toll on your portfolio over the future years.

I hope this information helps going forward and please feel free to use us as a resource since things change.



PLAINTIFF'S EXHIBIT 1

FROM :                    FAX NO. :                    Oct. 19 2005 09:11AM   P1