No Tax Reporting Statement

TOTAL MERRILL

Online at: www.mlol.ml.com

Account Number: [redacted]

24-Hour Assistance: (800) MERRILL

MLPF&S CUST FPO

[redacted]

**Net Portfolio Value: $576,408.25**

Your Financial Advisor:
GORDANA SCHIFANELLI
ONE PARK PLACE SUITE 350
ANNAPOLIS MD 21401
gordana_schifanelli@ml.com
(410) 263-0132

# RETIREMENT ACCOUNT

This account is enrolled in the ML Advisory Portfolios Program.

November 29, 2008 - December 31, 2008

## ASSETS

| | December 31 | November 28 |
|---|---|---|
| Cash/Money Accounts | 37,096.03 | 33,882.29 |
| Fixed Income | - | - |
| Equities | - | - |
| Mutual Funds | 539,312.22 | 512,356.57 |
| Options | - | - |
| Other | - | - |
| *Subtotal (Long Portfolio)* | 576,408.25 | 546,238.86 |
| TOTAL ASSETS | $576,408.25 | $546,238.86 |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | - | - |
| TOTAL LIABILITIES | - | - |
| NET PORTFOLIO VALUE | $576,408.25 | $546,238.86 |

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| Opening Cash/Money Accounts | $33,882.29 | |
| CREDITS | | |
| Funds Received | - | - |
| Electronic Transfers | - | - |
| Other Credits | - | 20.02 |
| *Subtotal* | - | 20.02 |
| DEBITS | | |
| Electronic Transfers | - | (13,864.10) |
| Other Debits | - | - |
| *Subtotal* | - | (13,864.10) |
| Net Cash Flow | - | ($13,844.08) |
| Dividends/Interest Income | 3,213.74 | 19,401.33 |
| Security Purchases/Debits | - | (383,371.51) |
| Security Sales/Credits | - | 310,429.11 |
| Closing Cash/Money Accounts | $37,096.03 | |
| Securities You Transferred In/Out | - | - |

$13,864.00 Comments

PLAINTIFF'S EXHIBIT 2

3

Merrill Lynch

Account No. [redacted] Taxpayer No. [redacted]

## 2008 OTHER DISTRIBUTIONS AND CHARGES*

| Security Description | Quantity | Date | Transaction Description | Total Amount | AMT Amount | Remarks |
|---|---|---|---|---|---|---|
| ***NON-TAXABLE MUNICIPAL ACCRUED INTEREST PAID*** | | | | | | |
| NEW YORK NYC TRAN FIN AUTH REV FUTURE TAX C FEB04 05.250%FEB01 11 | 25000 | 07/10/08 | Interest Paid | (579.69) | 0.00 | |
| **TOTAL NON-TAXABLE MUNICIPAL ACCRUED INTEREST PAID** | | | | (579.69) | 0.00 | |
| ***INVESTMENT FEE INFORMATION*** | | | | | | |
| MLAP | | | | (2,694.84) | | SEE NOTE |
| PERS INVEST ADVIS | | | | (7,653.30) | | SEE NOTE |
| | | | | $10,347.20 | | |

*Information in the Other Distributions and Charges section may have an Impact on your Alternative Minimum Tax (AMT) calculation. Consult your tax advisor for more details.

**END OF STATEMENT**

fees % of acct -
adv. fee a cost of trade

4

**Merrill Lynch**

Account No. [redacted] Taxpayer No. [redacted]

## 2008 OTHER DISTRIBUTIONS AND CHARGES*

| Security Description | Quantity | Date | Transaction Description | Total Amount | AMT Amount | Remarks |
|---|---|---|---|---|---|---|
| ***NON-TAXABLE MUNICIPAL ACCRUED INTEREST PAID*** | | | | | | |
| NEW YORK ST EFC ST CLEAN-DRNKNG WTR REV B MAR04 05.000%MAY15 08 | 125000 | 04/15/08 | Interest Paid | (2,604.17) | 0.00 | |
| GATES CHILI NY CENT SD FSA SEP06 04.250%JUN15 20 | 15000 | 06/03/08 | Interest Paid | (297.50) | 0.00 | |
| NEW YORK ST DORM AUTH REVS RF FHA AMBAC ETM DEC96 06.000%AUG01 09 | 100000 | 08/14/08 | Interest Paid | (216.67) | 0.00 | |
| HILTON-PARMA FIRE DIST NY OID AMBAC EBD JUN08 04.000%DEC15 21 | 35000 | 06/17/08 | Interest Paid | (7.78) | 0.00 | |
| TOTAL NON-TAXABLE MUNICIPAL ACCRUED INTEREST PAID | | | | (3,126.12) | 0.00 | |
| ***INVESTMENT FEE INFORMATION*** | | | | | | |
| MLAP | | | | (8,426.62) | | SEE NOTE |
| PERS INVEST ADVIS | | | | (23,617.90) | | SEE NOTE |

$ 32,637.00

*Information in the Other Distributions and Charges section may have an impact on your Alternative Minimum Tax (AMT) calculation. Consult your tax advisor for more details.

**END OF STATEMENT**